# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                         NO. 4:11CR00243-002 SWW

LAWRENCE WEBSTER                                              DEFENDANT

### ORDER

Pending before the Court is defendant's motion for early termination of supervised release (doc #108). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before *January 28, 2017.*

IT IS SO ORDERED this 29th day of December 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE